**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Complaint of Julio Salas and Monica Salas As owners of the vessel "AZ 5368 BG.: and her engines, tackle, appurtenances, etc., Plaintiffs-in-Limitation. For Exoneration from or Limitation of Liability. | No. CV-18-08019-PCT-JJT **ORDER** |

At issue is Plaintiffs-in-Limitation Julio Salas and Monica Salas's Motion for Default Judgment as to all possible claimants, known or unknown, who have not filed and served their claims or answers for claims arising out of the August 6, 2017 Incident Involving the Vessel (Doc. 49). The posture of this Motion is somewhat unusual, as Plaintiffs-in-Limitation do not seek to obtain money or other damages from any possible claimants in this matter, as is traditionally the function of a default judgment. But the Court recognizes that default judgment has been awarded in similarly situated cases and will enter it here, where Plaintiffs-in-Limitation seek to limit the universe of potential claimants who may file claims in this matter. *See Tanguis v. Westchester MV*, 2003 WL 200448 at *2 (E.D. La. April 25, 2003).

However, under Fed. R. Civ. P. 54(b), "when an action presents more than one claim for relief, . . . the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason

for delay." Here, Plaintiffs-in-Limitation do not attempt to demonstrate there is no just reason for delay of entry of a partial final judgment, nor does the Court so find.

**IT IS THEREFORE ORDERED** granting in part Plaintiffs-in-Limitations' Motion for Default Judgment as to all possible claimants, known or unknown, who have not filed and served their claims or answers for claims arising out of the August 6, 2017 Incident Involving the Vessel (Doc. 49).

**IT IS FURTHER ORDERED** that Plaintiffs-in-Limitation Julio Salas and Monica Salas will be entitled to judgment as against all claimants, known and unknown, who have not filed their claim or otherwise appeared in this action, except to the extent that such claimant(s) can demonstrate good cause for the Court to set aside the default judgment under Fed. R. Civ. P. 55(c) and 60(b).

Dated this 16th day of August, 2019.

Honorable John J. Tuchi
United States District Judge