**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Complaint of Julio Salas and Monica Salas As owners of the vessel "AZ 5368 BG.: and her engines, tackle, appurtenances, etc., Plaintiffs-in-Limitation. For Exoneration from or Limitation of Liability. | No. CV-18-08019-PCT-JJT **ORDER** |

At issue is Plaintiffs-in-Limitation Julio Salas and Monica Salas's Application for Entry of Default against Claimants Karen Rea and The Estate of Henry Rea (Doc. 47). The Court will deny the Application because Claimants already filed an Answer (Doc. 18). However, after granting Claimants' attorney's Motion to Withdraw (Docs. 35, 36), the Court ordered Claimants to obtain new legal representation and file notices of appearance by April 1, 2019.[1] (Doc. 39.) Neither Karen Rea nor The Estate of Henry Rea has filed a notice of appearance and thus each has failed to comply with the Court's March 7 Order.

The Court advises and warns Claimants that if they fail to comply with every provision of this or any other Order of the Court, they may be subject to sanction, up to and including judgment in limitation as sought by Plaintiffs-in-Limitation, upon notice and an opportunity to be heard.

**IT IS THEREFORE ORDERED** denying Plaintiffs-in-Limitations' Application

---

[1] Claimant Karen Rea has the option to obtain new counsel or proceed as a *pro se* party. (Doc. 39 at 1.)

for Entry of Default (Doc. 47).

**IT IS FURTHER ORDERED** setting a telephonic Status Hearing in this matter for **10:00 a.m.** on **September 9, 2019**, in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi. Chambers will e-mail dial-in instructions to counsel.

**IT IS FURTHER ORDERED** that the Rea Claimants shall have retained counsel who shall have filed a notice of appearance and represent them at the status hearing or shall show cause why the Court should not enter judgment of limitation for Plaintiffs-in-Limitation and against the Rea Claimants only.

Dated this 16th day of August, 2019.

Honorable John J. Tuchi
United States District Judge