**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Complaint of Julio Salas and Monica Salas | No. CV-18-08019-PCT-JJT |
| As owners of the vessel "AZ 5368 BG.: and her engines, tackle, appurtenances, etc., | **ORDER** |
| Plaintiffs-in-Limitation. | |
| For Exoneration from or Limitation of Liability. | |

A conflict in the Court's calendar requires the resetting of the September 10, 2019 Status Hearing (Doc. 52). Accordingly,

**IT IS ORDERED** vacating the telephonic Status Hearing in this matter set for 10:00 a.m. on September 10, 2019, and resetting it for **September 19, 2019**, at **10:30 a.m.** in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi. Chambers will e-mail dial-in instructions to counsel prior to the hearing.

**IT IS FURTHER ORDERED** that since Claimant Karen Rea has not provided the Court with an e-mail address, Petitioners' counsel shall provide a copy of this Order to Claimant Rea.

Dated this 9th day of September, 2019.

Honorable John J. Tuchi
United States District Judge